# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| WILLIAM MATTHEWS<br><br>v.<br><br>BIOTELEMTRY, INC. d/b/a CARDIONET | CIVIL ACTION<br><br>NO. 18-561 |
|---|---|

**Baylson, J.**                                                                                                                                       **July 31, 2018**

## ORDER RE: MOTION TO DISMISS

**AND NOW**, this 31st day of July, 2018, for the reasons explained in the foregoing memorandum, it is hereby **ORDERED** that the Motion to Dismiss Count II of the Complaint (ECF 10) is **GRANTED** without prejudice and with leave to amend, within fourteen (14) days.

                                                **BY THE COURT:**

                                                **/s/ Michael M. Baylson**

                                                _____
                                              **MICHAEL M. BAYLSON, U.S.D.J.**